Stephen M. Doniger, Esq. (SBN 179314)
Email: stephen@donigerlawfirm.com
Scott Alan Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
Email: tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
Email: jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| PACIFIC COAST VIDEO, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Washington Corporation; APPLE, INC., a California Corporation; NETFLIX, INC., a Delaware Corporation; PBS DISTRIBUTION, a Virginia business entity individually and d/b/a "PBSd"; and DOES 1-10,<br><br>Defendants. | Case No.: 2:17-CV-08225-RGK (Ex)<br>*Hon. R. Gary Klausner Presiding*<br><br>**NOTICE OF SETTLEMENT OF ACTION** |
|---|---|

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE that the parties to this action have reached a resolution of all claims at issue in the action and should be in a position to dismiss the matter within 35 days.

                  Respectfully submitted,

DATED: December 12, 2017   By: */s/ Scott Alan Burroughs*
                 Scott Alan Burroughs, Esq.
                 Trevor W. Barrett, Esq.
                 DONIGER / BURROUGHS
                 Attorneys for Plaintiff