JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PACIFIC COAST VIDEO, INC. | ) | Case No. 2:17-cv-08225-RGK-KS |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| AMAZON.COM, INC., et al., | ) | |
| Defendant(s). | ) | |

On December 12, 2017, plaintiff filed a Notice of Settlement of Action [19]. On December 13, 2017, the Court issued a notice advising the parties that they were not relieved of any deadlines or Court appearances until a dismissal of the action was filed [20]. On December 19, after a review of the docket indicated that no defendants had filed a responsive pleading, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution, requiring that a timely answer to the complaint be filed or for plaintiff to file a request for entry of default, on or before December 27, 2017 [21]. On December 20, 2017, plaintiff filed a Notice of Settlement [22]. On December 21, 2017, the Court issued a second notice advising the parties that they were not relieved of any deadlines or Court appearances until a dismissal of the action was filed [23]. As of this date, plaintiff has failed to respond to the Order to Show Cause. Therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: January 5, 2018

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE